UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                4:92cr4013-WS

EGNATIUS JOHNSON,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 1709) docketed June 28, 2006. The magistrate judge recommends that the defendant's "Request for Relief from the Judgment" be summarily denied. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 1709) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's "Request for Relief from the Judgment" (doc. 1689) is hereby summarily DENIED.

3. The clerk shall enter judgment accordingly and shall close Case No. 4:06cv31-WS.

DONE AND ORDERED this   3rd   day of   August  , 2006.


                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE