IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                         4:92cr4013-WS

EGNATIUS JOHNSON,                         4:07cv414-WS

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 1762) docketed October 4, 2007.  The magistrate judge recommends that the defendant's "Request for the Original Writ of Habeas Corpus for the Execution of Conviction and Sentence" (doc. 1758) be summarily denied.  The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc.1 762) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's "Request for the Original Writ of Habeas Corpus for the Execution of Conviction and Sentence" (doc. 1758) is hereby DENIED.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:07cv414-WS.

DONE AND ORDERED this   14th   day of   November  , 2007.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE